1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

UNITED STATES OF AMERICA,

9

Plaintiff,

10

v.

11

CALVIN DEWAYNE DAVIS,

12

Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No. MJ10-169

**DETENTION ORDER**

13

Offenses charged from the United States District Court for the District of Oregon:

14

Violation of Supervised Release (CR07-363-05-BR) and

15

Bank Fraud (CR10-133-HA)

16

Date of Detention Hearing:  April 15, 2010.

17

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and

18

based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19

that no condition or combination of conditions which the defendant can meet will reasonably

20

assure the appearance of the defendant as required and the safety of any other person and the

21

community.

22

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

23

The Court did not receive any information about defendant's personal history, employment,

DETENTION ORDER - 1

health, ties to the community or drug/alcohol use.  Defendant is alleged to have left his

residential treatment program without permission and absconding supervision.

It is therefore ORDERED:

(1)        Defendant shall be detained pending trial and committed to the custody of the

Attorney General for confinement in a correctional facility separate, to the extent practicable,

from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)        Defendant shall be afforded reasonable opportunity for private consultation with

counsel;

(3)        On order of a court of the United States or on request of an attorney for the

Government, the person in charge of the correctional facility in which Defendant is confined

shall deliver the defendant to a United States Marshal for the purpose of an appearance in

connection with a court proceeding; and

(4)        The clerk shall direct copies of this order to counsel for the United States, to

counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services

Officer.

DATED this 15th day of April, 2010.


_____
BRIAN A. TSUCHIDA
United States Magistrate Judge


DETENTION ORDER - 2